IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RONALD BERT DE CLUE                                            PLAINTIFF

v.                   CASE NO. 4:09CV00782 BSM

KELLOGG COMPANY                                          DEFENDANT

## ORDER OF DISMISSAL

Notice has been provided that the parties have settled. Therefore, this case is dismissed with prejudice with each party responsible for his or its own attorneys' fees and costs. Jurisdiction is retained for 30 days to permit the parties to complete the terms of the settlement.

IT IS SO ORDERED this 31st day of January 2011.

_____
HONORABLE BRIAN S. MILLER
UNITED STATES DISTRICT JUDGE

EXHIBIT
1

APPROVED AND ENTRY REQUESTED BY:

QUATTLEBAUM, GROOMS,
  TULL & BURROW PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1756
Facsimile: (501) 379-3856
Email: cmccree@qgtb.com


By: /s/ Cameron C. McCree
    Patrick A. Burrow, Ark. Bar No. 81023
    Kristine G. Baker, Ark. Bar No. 96211
    Cameron C. McCree, Ark. Bar No. 2007148

*Attorneys for Ronald Bert de Clue*

And

BARNES & THORNBURG, LLP
171 Monroe Avenue NW, Suite 1000
Grand Rapids, Michigan 49503-2694
Telephone: (616) 742-3932
Facsimile: (616) 742-3999
Email: Jennifer.Stocker@btlaw.com

By: /s/ Jennifer Stocker
    Jennifer J. Stocker, Mich. Bar No. P-60625

*Attorneys for Kellogg Company*